An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH S. HOOVER,
Petitioner,
vs.
NEVADA BOARD OF PAROLE
COMMISSIONERS; TONY CORDA,
BOARD MEMBER; SUSAN JACKSON,
BOARD MEMBER; DARLA FOLEY,
EXECUTIVE SECRETARY, NEVADA
BOARD OF PAROLE
COMMISSIONERS; JOHN DOE,
PAROLE & PROBATION,
REVOCATION HEARING
REPRESENTATIVE; K. HICKMAN,
WASHOE COUNTY PUBLIC
DEFENDERS OFFICE; NEVADA
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF PAROLE AND
PROBATION; JANE DOE AGENT OF
PAROLE & PROBATION (SERVED
VIOLATION REPORT); DPS OFFICER,
WESLEY JACKSON, DIVISION OF
PAROLE & PROBATION; DPS
SARGEANT, JORGE PIERROTT,
DIVISION OF PAROLE & PROBATION;
DPS LIEUTENANT, STEPHANIE
O'ROURKE, DIVISION OF PAROLE &
PROBATION; BERNARD W. CURTIS,
CHIEF, STATE OF NV. DEPT. PUBLIC
SAFETY; JAMES WRIGHT, DIRECTOR
STATE OF NV. DEPT. PUBLIC
SAFETY; THE RIDGE HOUSE, INC.;
STEVEN BURT, EXECUTIVE
DIRECTOR, RIDGE HOUSE, INC.;
JOHN "UNKNOWN" "ACTING
DIRECTOR" ON 9/6/2013 RIDGE
HOUSE INC.; DAVE BACHALO, RIDGE
HOUSE MANAGER, RIDGE HOUSE
INC.; DANNI ABREIU (SIC)
ADMINISTRATIVE STAFF, RIDGE
HOUSE INC.; DUSTIN "UNKNOWN"

No. 65027

FILED

MAY 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

14 - 15234

ADMINISTRATIVE STAFF, RIDGE HOUSE INC.; BEV "UNKNOWN" COUNSELOR (LADC) THE RIDGE HOUSE INC.; DANIEL HIGHT, COUNSELOR (LADC) THE RIDGE HOUSE INC.; WAITER "UNKNOWN" A.K.A. "C.J." HOUSE MANAGER, THE RIDGE HOUSE INC.; GREG COX, DIRECTOR OF PRISONS, STATE OF NEVADA; GREG SMITH, WARDEN, WARM SPRINGS CORR. CENTER, N.D.O.C. STATE OF NV.; CATHERINE CORTEZ MASTO, ATTORNEY GENERAL, STATE OF NEVADA; AND BRIAN SANDOVAL, GOVERNOR, STATE OF NEVADA,
Respondents.

## *ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus. Petitioner challenges the revocation of his parole and claims that his due process rights were violated at the revocation hearing. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the revocation of parole should be raised in a petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.360; NRAP 22. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Keith Shannon Hoover
       Attorney General/Carson City